**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 98-7251 CIV-RYSKAMP

MAGISTRATE JUDGE VITUNAC

SUN CITRUS ASSOCIATION, INC., a Florida corporation,

Plaintiff,

vs.

THE PEARL COMPANY, a Florida General Partnership, f/k/a THE CUSHMAN& PEARL COMPANY, a Florida General Partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation, as general partner of THE PEARL COMPANY, a Florida General Partnership; BRADLEY SELLICK, individually and as general partner of the PEARL COMPANY, a Florida General Partnership, ROBERT A. ZUCKER and BARNETT BANK, N.A., as successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County,

Defendants.

______________________________/

3C

## COMPLAINT

Plaintiff, Sun Citrus Association, Inc. ("Plaintiff") by and through its undersigned counsel, files this Complaint against the Pearl Company, f/k/a the Cushman & Pearl Company ("Pearl"); Pearl's Bonded Fruit Shippers, Inc. ("Shippers"); Bradley Sellick ("B. Sellick"), Robert A. Zucker ("R. Zucker") (Pearl, Shippers, B. Sellick, R. Zucker are hereinafter collectively referred to as the "Pearl Defendants") and Barnett Bank, N.A. , as successor by merger to Barnett Bank of South

Case No. _______________

Florida, N.A. and Barnett Bank of Broward County ("Barnett") (Barnett and the Pearl Defendants are hereinafter collectively referred to as the "Defendants") and in support thereof allege:

**BACKGROUND**

1. This action seeks to enforce Plaintiffs' rights pursuant to the Perishable Agricultural Commodities Act of 1930, 7 U.S.C. 499(a) - 499(s) as amended in 1984, 7 U.S.C. 499e(c) (referred to herein as the "PACA"). Pursuant to the 1984 amendments to PACA, a floating trust was created for Plaintiff's benefit when the Defendants received perishable agricultural commodities under contracts to purchase. After the Defendants did not fully and promptly pay for the commodities, Plaintiff timely perfected its rights in the trust assets, thereby entitling it to file this action to enforce the trust. Plaintiff asks this Court to enforce the trust by: (1) enjoining the Defendants from dissipating any trust assets; (2) requiring the Defendants to pay into a Court restricted bank account (earning interest), all trust assets received by the Defendants, all trust assets presently in the Defendants' possession, and all trust assets that may be received in the future, until Plaintiff is paid in full as required by the PACA.

**PARTIES**

2. Plaintiff is a Florida corporation with its principal place of business in Broward County, Florida.

3. Defendant, Pearl f/k/a The Cushman & Pearl Company, is a Florida general partnership with its principal place of business in Broward County, Florida.

4. Defendant Shippers is a Florida corporation and is a general partner of Pearl.



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

5. Defendant B. Sellick is a resident of Martin County, Florida, is sui juris and is a general partner of Pearl.

6. Defendant R. Zucker is a resident of Martin County, Florida, is sui juris and is a general partner of Pearl.

7. Defendant, Barnett, as successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, is a Florida corporation authorized to do business in the state of Florida.

## JURISDICTION AND VENUE

8. Jurisdiction over the Defendants over this action is based on Section 5(c) of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. 499e and 28 U.S.C. §1331.

9. Venue in this District is based on 28 U.S.C. 1391(b), in that Plaintiff' claims arose in this district.

## GENERAL ALLEGATIONS

10. Plaintiff is a Florida corporation engaged in the business of buying and selling wholesale quantities of fresh fruit and vegetables in interstate commerce.

11. Defendant, Pearl, is engaged in the business of buying and selling wholesale quantities of fresh fruit and vegetables in interstate commerce, and are and were at all pertinent times hereto commission merchants, dealers or brokers of perishable agricultural commodities and

Case No. ________________

subject to the Perishable Agricultural Commodities Act of 1930 as amended, 7 U.S.C. §499a et seq. ("PACA").

12. The Pearl Defendants accepted said commodities from Plaintiff and did not complain as to the type or quantity of fruits and vegetables received.

13. Pursuant to the trust provisions of the PACA, at the time of receipt of said commodities, a statutory trust was established in favor of Plaintiff as to all commodities received by the Pearl Defendants from the sale of such commodities until full payment is made for said commodities by Pearl Defendants.

14. Defendant's owes Plaintiff $245,537.52 for produce sold and delivered.

15. The Pearl Defendants have failed and refused to make full payment promptly to Plaintiff for the commodities despite repeated demands therefor.

16. Plaintiff mailed invoices to Defendants which included the statutory notice of intent to preserve PACA Trust Benefits which were received by the Pearl Defendants. None of the invoices mailed were returned to Plaintiff as being undelivered. See Composite Exhibit "A".

17. The Pearl Defendants have failed to hold in trust for the benefit of Plaintiff such perishable agricultural commodities received by it from Plaintiff and all inventories of food or other products derived from said commodities, and any receivables or proceeds from the sale of said commodities.

18. As a result of the Pearl Defendants' failure to maintain the PACA trust and to make full payment to Plaintiff, Plaintiff has suffered damages.



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

19. As a further result of the Pearl Defendants' failure to maintain the PACA Trust and to make full payment promptly, Plaintiff has been required to pay attorneys' fees and costs in order to bring this action to require the Defendants to comply with their duty to maintain the PACA Trust and to make full payment promptly.

20. Plaintiff will not receive full payment as required by subsection 5(c) of PACA, 7 U.S.C. subsection 499e(c), if Plaintiff must expend part of said payment in attorneys' fees, costs and loss of interest due to the Pearl Defendants' violation of a statutory duty to maintain the trust and make full payment promptly in order to enforce Plaintiff's rights and to defeat the inferior claims of the Pearl Defendants.

21. All conditions precedent to this action have occurred or have been waived.

22. Plaintiff has engaged the undersigned law office and is obligated to pay a reasonable fee to said firm.

## CLAIMS FOR RELIEF

### COUNT I
### FAILURE TO MAINTAIN PACA TRUST

23. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

24. This action is brought to enforce 7 U.S.C. 499e(c)(4) which states, in pertinent part, as follows:

> (2) Perishable agricultural commodities received by a commission merchant, dealer or broker in all transactions, and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products, *shall be held by such commission*

> *merchant, dealer or broker in trust for the benefit of all unpaid suppliers or sellers of such commodities or agents involved in the transaction, until such payment of the sums owing in connection with such transactions has been received by such unpaid suppliers, sellers or agents...*;
>
> (3) The unpaid supplier, seller or agent shall lose the benefits of such trust unless such person has given notice of intent to preserve the benefits of the trust to the commission merchant, dealer or broker and has filed such notice with the Secretary within thirty calendar days (i) after expiration of the time prescribed by which payment must be made, as set forth in regulations issued by the Secretary...; and
>
> (5) The several District Courts of the United States are vested with jurisdiction specifically to entertain (i) actions by trust beneficiaries to enforce payment from the trust, and (ii) actions by the Secretary to prevent and restrain dissipation of the trust. 7 U.S.C. 499e(c).

*(emphasis added)*

25. The Pearl Defendants' failure to maintain the PACA Trust for the benefit of Plaintiff such perishable agricultural commodities received by it from Plaintiff and all inventories of food and other products derived from said commodities received by it from Plaintiff and all inventories of food and other products derived from said commodities, and any receivables or proceeds derived from the sale of said commodities, until full payment of the sums owing to Plaintiff in its notices of trust benefits, constitutes violations of PACA and PACA regulations, and is unlawful.

## <u>COUNT II</u>
## <u>FAILURE TO PAY TRUST FUNDS</u>

26. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

Case No. _______________

27. Plaintiff is an unpaid supplier and/or seller of perishable agricultural commodities as those terms are defined as used in the PACA and its implementing regulations.

28. The Pearl Defendants are commission merchants, dealers or brokers as those terms are defined as used in the PACA and its implementing regulations.

29. Pursuant to the trust provisions of the PACA, at the time of receipt of said commodities, a statutory trust was established in favor of Plaintiff as to all commodities received by Pearl, all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment for said commodities by Defendants pursuant to 7 U.S.C. §499e(c)(2).

30. The Pearl Defendants have failed and refused to make full payment promptly for the commodities, despite repeated demands therefor.

31. The Pearl Defendants have failed and refused to pay Plaintiff from the mandatory statutory trust fund, which sum is owed to Plaintiff for the commodities sold by Plaintiff to Pearl.

32. The Pearl Defendants' failure to maintain the PACA trust for the benefit of Plaintiff until full payment of the sums owing to Plaintiff in its PACA Trust Notices, constitutes violations of PACA and PACA regulations, and is unlawful.

33. By virtue of the existence of the PACA Trust, until such time as Plaintiff has been paid in full, the Pearl Defendants are obligated to preserve sufficient assets to satisfy the full amount of said claims.

Case No. ________________

34. In the absence of the requested relief, the trust assets will be used by the Pearl Defendants for purposes of satisfying non-PACA expenses, will be seized or otherwise subjected to the claims of the Pearl Defendants' secured and unsecured creditors (including but not limited to Barnett) or will otherwise be dissipated.

**COUNT III**
**DECLARATORY RELIEF AND TURNOVER**

35. Plaintiff reallege the allegations in paragraphs 1 through 22 as if fully set forth herein.

36. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and F.R.C.P. 57.

37. Barnett may claim some interest or right to PACA trust assets. However, such right or interest, if any, is inferior to Plaintiff's rights and claims as a PACA Trust Beneficiary.

38. Upon information and belief, PACA Trust assets are in the possession of the Pearl Defendants and Barnett. PACA Trust assets in the possession of the Pearl Defendants and Barnett are subject to the claims, interest and/or liens of Plaintiff herein under PACA and the regulations promulgated thereunder.

39. Any monies received by and/or in the possession of the Pearl Defendants and Barnett or earned by the Pearl Defendants as a result of the sale of perishable agricultural commodities are part of the PACA Trust.

40. The Pearl Defendants and Barnett are not PACA Trust beneficiaries. Accordingly, the Pearl Defendants and Barnett have no lawful right under PACA and its implementing regulations to be paid from PACA Trust assets or to possess such assets.

41. Plaintiff seeks a declaration of the right to duties, entitlement, and other legal relations between Plaintiff, Defendants.

42. Upon information and belief the defendant, Pearl is insolvent and accordingly, absent immediate turnover of the trust assets, Plaintiff will have no adequate remedy at law and will be irreparably harmed.

43. An actual controversy exists between Plaintiff, the Pearl Defendants and Barnett requiring a judicial declaration as to the respective rights, duties and entitlement in and to the PACA Trust Assets and as to their respective status and other legal relations under PACA and the PACA regulations.

44. The Defendants' failure to hold the PACA Trust assets in trust for Plaintiff' benefit until full payment of the sums due and owing to Plaintiff for the sale of perishable agricultural commodities constitutes a knowing violation of PACA, the regulations, and is unlawful.

45. In the absence of the request for relief, PACA Trust Assets will be dissipated by Defendants.

46. It is in the public's best interest that PACA and its implementing regulations be enforced.

Case No. ________________

47. As a result of Defendants's failure to maintain the PACA Trust and to make full payment to Plaintiff, Plaintiff has lost the use of money.

**COUNT IV**
**BREACH OF TRUST**

48. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

49. Defendant, Pearl, is a Florida general partnership owned and operated by Shippers, B. Sellick and R. Zucker.

50. As the sole owners of Pearl, Shippers, B. Sellick and/or R. Zucker are dealers as defined by the PACA, who engaged in the business of buying and selling perishable agricultural commodities in interstate commerce.

51. As dealers under the PACA, Pearl, Shippers, B. Sellick and R. Zucker are liable to Plaintiff for all PACA trust assets received by them directly or indirectly through Pearl.

**COUNT V**
**CONSTRUCTIVE TRUST**

52. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein

53. Upon information and belief, the Pearl Defendants and Barnett unlawfully dissipated and/or converted PACA trust assets for their own use and/or benefit.

54. The Pearl Defendants have abused and continued to violate the provisions of the PACA and its regulations by failing to maintain the trust and failing to pay Plaintiff from the PACA Trust to the extent it was maintained.



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

Case No. _______________

55. Upon information and belief, the Pearl Defendants and Barnett have used PACA trust assets for their own benefit, and by concealment and questionable means have converted PACA trust assets into assets to which they have acquired legal title, which they ought not, under equitable principles, be entitled to hold and enjoy.

56. Against equity and good conscience, the Pearl Defendants and/or Barnett have acquired the right to property that they ought not be permitted to retain.

## COUNT VI
## DISSIPATION OF TRUST ASSETS

57. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

58. The Pearl Defendants and/or Barnett received assets impressed with the non-segregated, floating statutory trust pursuant to the PACA.

59. Inventory, accounts receivable, and proceeds subject to the trust interest of the Plaintiff as an unpaid seller and supplier of perishable agricultural commodities, which trust rights were preserved by timely notice, have been dissipated in breach of the Pearl Defendants' fiduciary obligations arising under Section 5(c) of the PACA, 7 U.S.C. §499.

60. Accordingly, the Pearl Defendants have dissipated PACA trust assets that should have been held in trust for Plaintiff until Plaintiff received full payment.

61. The Pearl Defendants have caused damages to Plaintiff in the amount of $245,537.52 and are liable to Plaintiff as a result of Defendants's dissipation of PACA trust assets in violation of 7 CFR 46.46(e).

Case No. ________________

**COUNT VII**
**APPOINTMENT OF RECEIVER**

62. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

63. An eminent danger exists that trust property will be further diminished by the Defendants and Barnett.

64. Legal remedies may be inadequate because once trust assets have been dissipated there is little or no chance the assets will be recovered.

65. Although Plaintiff is entitled to injunctive relief, said remedy is inadequate as Defendants and Barnett have already shown a propensity to disregard their statutory duties.

66. Appointment of a Receiver will likely cause more good than harm because a Receiver appointed for the benefit of PACA Trust creditors will have an interest in maximizing the assets of the Defendant while preserving the PACA Trust while the Defendants and Barnett have shown a propensity to dissipate trust assets.

**COUNT VIII**
**UNLAWFUL RETENTION OF PACA TRUST ASSETS**
**AGAINST BARNETT**

67. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

68. Upon information and belief, during the time in question, Pearl entered into various loan agreements (the "Loan Documents") with Barnett.

69. Upon information and belief, all assets of Pearl are subject to and part of the floating, commingled, statutory trust under PACA.



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

Case No. ________________

70. Upon information and belief, Pearl's assets, including but not limited to: account receivables, contract rights, personal property and intangibles (the PACA trust assets) are alleged security for Pearl's extension of credit from Barnett under the Loan Documents.

71. Upon information and belief, the BANK advanced funds to Pearl based upon Pearl's assets, including but not limited to: account receivables, contract rights, personal property and intangibles (the PACA trust assets).

72. Barnett has filed a Complaint to Foreclose (a copy of which is attached hereto as Exhibit "B" and incorporated herein by reference). As set forth in the Complaint, Barnett alleges an interest in Plaintiff's PACA trust assets.

73. Barnett's interest, if any, is inferior and subordinate to Plaintiff's rights and interests.

74. Upon information and belief, the funds advanced to Pearl were not used for their lawful purpose of paying the PACA trust creditors.

75. Payment of accounts receivables is restricted solely to making full payment to Barnett.

76. The transfer of the PACA trust assets to the Barnett and failure to use the advance from Barnett to make full payment to Plaintiff prevented the PACA Trust assets from being used for their lawful purpose to make full payment to Plaintiff and constituted a conversion of Plaintiff's rights in the res of the PACA trust.



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

Case No. ________________

77. Barnett received the assets of Plaintiff's PACA trust res subject to Plaintiff's PACA trust rights.

78. Upon information and belief, Barnett is unlawfully in possession of assets of Plaintiff's PACA trust res and holds those assets for Plaintiff's beneficial interest.

79. Barnett's receipt of assets impressed with Plaintiff's PACA trust res resulted in damages to Plaintiff.

80. Plaintiff seeks an accounting from Barnett of all monies paid by the Pearl Defendants to Barnett and an order directing payment from Barnett in the amount totaling all the monies Barnett received that was impressed with the PACA trust.

WHEREFORE, Plaintiff requests the Court:

(a) appoint a receiver to manage the Pearl Defendants' business and maintain, collect and distribute PACA Trust assets;

(b) enter temporary and permanent injunctive relief enjoining any dissipation of PACA Trust Assets, mandating that a PACA Trust Fund Account be established such that the Pearl Defendants are required to pay into the PACA Trust Fund Account until Plaintiff has been paid in full;

(c) enter judgment in favor of Plaintiff against Defendants in the amount of $245,537.52, plus interest and costs, including attorney's fees incurred in this matter;

(d) order Defendants to make immediate payment, with pre-judgment and post-judgment interest, to Plaintiff in accordance with PACA and the PACA regulations;



LAW OFFICES MISHAN, SLOTO, GREENBERG, HELLINGER & UDOLF, P.A.
SUITE 2350 FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TEL. (305) 379-1792

(e) order that Defendants be declared and directed to preserve in trust for Plaintiff all assets derived from the sale of commodities they have received from the time of receipt of Plaintiff's commodities, plus interest, as trustee for the sole and exclusive benefit of the Plaintiff, until Plaintiff is paid in full;

(f) order Defendants to segregate from its other assets, all assets or monies received, directly or indirectly, from any perishable agricultural commodities, all inventories of food or other products derived from perishable agricultural commodities, any receivables or proceeds from the sale of such commodities or products in their possession, custody or control, and to maintain such trust assets in a manner whereby they are freely available to satisfy its obligations to pay Plaintiff with interest until such time as Plaintiff receives full payment in the amount set forth above;

(g) order the immediate turnover of trust assets in the amount set forth above together with interest thereon at the legal rate;

(h) absent immediate turnover of the Trust Assets, enter a non-dischargeable judgment against Defendants in the amounts set forth above, together with pre-judgment and post-judgment interest thereon at the legal rate;

(i) require Defendant Barnett to pay Plaintiff an amount equal to the monies it received from the PACA trust;

(j) grant Judgment against all Defendants denominated as dealers under the PACA for all sums due Plaintiff; and

Case No. ________________

(k) grant Plaintiff such other and further relief as the Court deems just and proper.

DATED this 9 day of November, 1998.

MISHAN, SLOTO, GREENBERG
HELLINGER & UDOLF, P.A.
Attorneys for the Plaintiffs
2350 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 379-1792

By: ________________
ANDREW B. HELLINGER, ESQ.
Florida Bar No.: 861553
BRUCE L. UDOLF, ESQ.
Florida Bar No. 0899933

F:\DATA\SUNCITY\PEARLCO\COMPLAIN.PEA

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1311
INVOICE DATE: 02/24/97
ORDER: 1311 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1683-10
DATE SHIPPED: 02/21/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T.SELECT | RSL/GFT | 4/5 | 36 | 1 | 8.000 | 8.00 |
| 1G(F.B.) | RSL/GFT | 10BX BIN | 27 | 1 | 162.500 | 162.50 |
| 3G(F.B.) | RSL/GFT | 9 BX BIN | 36 | 6 | 146.250 | 877.50 |
| 3G(F.B.) | RSL/GFT | 9 BX BIN | 32 | 6 | 146.250 | 877.50 |
| 3G(F.B.) | RSL/GFT | 9 BX BIN | 27 | 20 | 146.250 | 2,925.00 |
| 3G(F.B.) | RSL/GFT | 9 BX BIN | 40 | 1 | 146.250 | 146.25 |
| A CITRUS | TEM/ORG | 4/5 | 80 | 270 | 9.000 | 2,430.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 7,426.75 |

COMPOSITE EXHIBIT "A"

TAL 4/5 EQUIV. CARTONS --> 885.00 305

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 7,426.75

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2522
INVOICE DATE: 02/27/97
ORDER: 2522 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1689-19
DATE SHIPPED: 02/24/97
SHIPPED FROM: WARNER
LICENSE / CAR 59503 SD

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| 1. SELECT | RSL/GFT | 4/5 | 23 | 165 | 8.000 | 1,320.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,320.00 |
| LLET UPCHARGE | | | | 165 | .150 | 24.75 |
| SUB TOTAL FOR OTHER --> | | | | | | 24.75 |
| TAL 4/5 EQUIV. CARTONS --> | | 165.00 | | 165 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,344.75

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2510
INVOICE DATE: 02/28/97
ORDER: 2510 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CH 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1633-19
DATE SHIPPED: 02/25/97
SHIPPED FROM: B & B TRANSPORT
LICENSE / CAR: T7596N FL

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| T.SELECT | RSL/GFT | 4/5 | 36 | 221 | 8.000 | 1,768.00 |
| T.SELECT | RSL/GFT | 4/5 | 27 | 108 | 8.000 | 864.00 |
| SUB TOTAL FOR FRUIT --) | | | | | | 2,632.00 |

TAL 4/5 EQUIV. CARTONS --) 329.00 329

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 2,632.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

SUN CITRUS ASSOCIATION "the finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEON COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 281
INVOICE DATE: 02/28/97
ORDER: 281 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.:
DATE SHIPPED: 02/26/97
SHIPPED FROM:
LICENSE / CAR:

...rishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ...these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract, P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | | | |
| CARTON SALES | | | 25 | .429 | 10.73 |
| SUB TOTAL FOR OTHER --> | | | | | 10.73 |

AL 4/5 EQUIV. CARTONS --->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 10.73

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1317
INVOICE DATE: 02/28/97
ORDER: 1317 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1724-10
DATE SHIPPED: 02/26/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR FORKLIFT

...ishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...30 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ...hese commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| ...G(F.B.) | RSL/GFT | 9 BX BIN 32 | 22 | 146.250 | 3,217.50 |
| ...G(F.B.) | RSL/GFT | 9 BX BIN 27 | 17 | 146.250 | 2,486.25 |
| ...G(F.B.) | VAL/ORG | 10BX BIN 56 | 2 | 150.000 | 300.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 6,003.75 |
| ...AL 4/5 EQUIV. CARTONS --> | | 742.00 | 41 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 6,003.75

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

SUN CITRUS ASSOCIATION "The finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2523
INVOICE DATE: 03/03/97
ORDER: 2523 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, UN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1690-19
DATE SHIPPED: 02/28/97
SHIPPED FROM: TONY RIZZOLO
LICENSE / CARWDN-460 FL

...rishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...30 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ...ese commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| .SELECT | RSL/GFT | 4/5 | 36 | 234 | 8.000 | 1,872.00 |
| .SELECT | RSL/GFT | 4/5 | 27 | 90 | 8.000 | 720.00 |
| .SELECT | RSL/GFT | 4/5 | 40 | 108 | 7.000 | 756.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 3,348.00 |
| AL 4/5 EQUIV. CARTONS --> | | 432.00 | | 432 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 3,348.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 011004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2520
INVOICE DATE: 03/03/97
ORDER: 2520 ASSN: 1

SHIPPED TO: 0112
J & J DISTRIBUTING CO
6530 HWY EXIT
RICE STREET
ST PAUL, MN 55103

BUYER'S ORDER NO.: 1691 19
DATE SHIPPED: 03/01/97
SHIPPED FROM: HRON
LICENSE / CAR 62622 WI

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived m these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| ST.SELECT | RSL/GFT | 4/5 | 23 | 55 | 8.000 | 440.00 |
| ST.SELECT | RSL/GFT | 4/5 | 27 | 165 | 8.000 | 1,320.00 |
| SUB TOTAL FOR FRUIT --) | | | | | | 1,760.00 |
| ALLET UPCHARGE | | | | 220 | .150 | 33.00 |
| SUB TOTAL FOR OTHER --) | | | | | | 33.00 |

TAL 4/5 EQUIV. CARTONS --) 220.00 220

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,793.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1321
INVOICE DATE: 03/06/97
ORDER: 1321 ASSN: 1

BUYER'S ORDER NO.: 1730-10
DATE SHIPPED: 03/03/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| SELECT | RSL/GFT | 4/5 | 32 | 49 | 6.500 | 318.50 |
| IG(F.B.) | RSL/GFT | 9 BX BIN | 27 | 1 | 146.250 | 146.25 |
| IG(F.B.) | RSL/GFT | 9 BX BIN | 32 | 2 | 146.250 | 292.50 |
| CITRUS | VAL/ORG | 10BX BIN | 64 | 2 | 150.000 | 300.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,057.25 |

TAL 4/5 EQUIV. CARTONS --> 143.00 54

TERMS: Net 28 days from shipdate. *Thank You!*

TOTAL AMOUNT 1,057.25

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 010004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 207
INVOICE DATE: 03/06/97
ORDER: 207 ASSN: 2

SHIPPED TO: 000000

BUYER'S ORDER NO.:
DATE SHIPPED: 03/04/97
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities , 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | | | |
| WN MAINTENANCE | | | 1 | 275.000 | 275.00 |
| RNER BOARDS | | | 50 | .520 | 26.00 |
| HER PACKING MATERIALS | | | 10 | .715 | 7.15 |
| SUB TOTAL FOR OTHER --> | | | | | 308.15 |

LAWN MAINT MARCH
TAL 4/5 EQUIV. CARTONS -->

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 308.15

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

SUN CITRUS ASSOCIATION "The finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2529
INVOICE DATE: 03/06/97
ORDER: 2529 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEURICK PLACE, CN 2205

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1692-19
DATE SHIPPED: 03/04/97
SHIPPED FROM: J & J TRUCKING
LICENSE / CAR: VLF 95M FL

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 36 | 216 | 8.000 | 1,728.00 |
| T. SELECT | RSL/GFT | 4/5 | 27 | 108 | 8.000 | 864.00 |
| T. SELECT | RSL/GFT | 4/5 | 40 | 54 | 7.000 | 378.00 |
| SUB TOTAL FOR FRUIT --) | | | | | | 2,970.00 |

TAL 4/5 EQUIV. CARTONS --) 378.00 378

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,970.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 292
INVOICE DATE: 03/10/97
ORDER: 292 ASSN: 7

SHIPPED TO: 00000A

BUYER'S ORDER NO.: 03/06/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL / VARIETY / PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | |
| IER PACKING MATERIALS | 20 | .715 | 14.30 |
| ?NER BOARDS | 60 | .520 | 31.20 |
| :\TRAY ASSEMBLY | 4 | 7.500 | 30.00 |
| 5 TOPS AND BOTTOMS | 20 | .353 | 7.06 |
| 5 TOPS AND BOTTOMS | 20 | .353 | 7.06 |
| <\TRAY ASSEMBLY | 40 | .100 | 4.00 |
| SUB TOTAL FOR OTHER --> | | | 93.62 |

AL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 93.62

OFFICE COPY

SUN CITRUS ASSOCIATION "The finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2534
INVOICE DATE: 03/10/97
ORDER: 2534 ASSN: 1

SHIPPED TO: 02074
R. L. B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2205

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1695-19
DATE SHIPPED: 03/07/97
SHIPPED FROM: WILLIAMSON
LICENSE / CAR: L80971 NC

›erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| '.SELECT | RSL/GFT | 4/5 | 27 | 100 | 8.000 | 864.00 |
| '.SELECT | RSL/GFT | 4/5 | 40 | 54 | 7.000 | 378.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,242.00 |

AL 4/5 EQUIV. CARTONS --> 162.00 162

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 1,242.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2537
INVOICE DATE: 03/10/97
ORDER: 2537 ASSN: 1

SHIPPED TO: 07112
J & J DISTRIBUTING CO
6530 RICE STREET

ST PAUL, MN 55103-1049

BUYER'S ORDER NO.: 1694-19
DATE SHIPPED: 03/07/97
SHIPPED FROM: G&T
LICENSE / CAR: PTC-3695 MN

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| T.SELECT | RSL/GFT | 4/5 | 23 | 161 | 8.000 | 1,288.00 |
| T.SELECT | RSL/GFT | 4/5 | 27 | 110 | 8.000 | 880.00 |
| SUB TOTAL FOR FRUIT ---> | | | | | | 2,168.00 |

TAL 4/5 EQUIV. CARTONS ---> 271.00 271

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,168.00

OFFICE COPY

CITRUS ASSOCIATION
"The finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE [illegible] COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 296
INVOICE DATE: 03/13/97
ORDER: 296 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.: 03/10/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| NT | | | 1 | 100.000 | 100.00 |
| SUB TOTAL FOR OTHER --> | | | | | 100.00 |

JANUARY RENT
TAL 4/5 EQUIV. CARTONS -->

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 100.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1323
INVOICE DATE: 03/13/97
ORDER: 1323 ASSN: 1

BUYER'S ORDER NO.: 1731-10
DATE SHIPPED: 03/10/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| AG(F.B.) | RSL/GFT | 9 BX BIN 27 | 12 | 146.250 | 1,755.00 |
| AG(F.B.) | RSL/GFT | 9 BX BIN 32 | 26 | 146.250 | 3,802.50 |
| AG(F.B.) | WSL/GFT | 9 BX BIN 36 | 1 | 186.750 | 186.75 |
| AG(F.B.) | WSL/GFT | 9 BX BIN 32 | 1 | 186.750 | 186.75 |
| AG(F.B.) | WSL/GFT | 9 BX BIN 27 | 1 | 132.750 | 132.75 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 8 | 144.000 | 1,152.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 12 | 144.000 | 1,728.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 56 | 4 | 144.000 | 576.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 9,519.75 |

THIS ORDER WAS CREDITED FOR 4 BINS OF V/O; MANIFEST REFLECTS 69 BINS
YOU ARE BEING CHARGED FOR 65 BINS. CALL KAREN W/QUESTIONS.
TAL 4/5 EQUIV. CARTONS --> 1,170.00 65

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 9,519.75

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1324
INVOICE DATE: 03/13/97
ORDER: 1324 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1745-10
DATE SHIPPED: 03/10/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
| AG(F.B.) | RSL/GFT | 9 BX BIN 27 | 2 | 146.250 | 292.50 |
| AG(F.B.) | RSL/GFT | 9 BX BIN 32 | 8 | 146.250 | 1,170.00 |
| AG(F.B.) | RSL/GFT | 9 BX BIN 36 | 6 | 146.250 | 877.50 |
| AG(F.B.) | RSL/GFT | 9 BX BIN 40 | 1 | 146.250 | 146.25 |
| VER HARV | VAL/ORG | 4/5 00 | 55 | 6.750 | 371.25 |
| SUB TOTAL FOR FRUIT --> | | | | | 2,857.50 |

DELIVERED BY GENE HALL
TAL 4/5 EQUIV. CARTONS --> 361.00 72

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 2,857.50

OFFICE COPY

SUN CITRUS ASSOCIATION
"The finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1320
INVOICE DATE: 03/13/97
ORDER: 1328 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1746-10
DATE SHIPPED: 03/12/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| AG(F.B.) | VAL/ORG | 9 BX BIN 56 | 7 | 160.000 | 1,120.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 19 | 160.000 | 3,040.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 30 | 160.000 | 4,800.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 8,960.00 |

TAL 4/5 EQUIV. CARTONS --> 1,008.00 56

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 8,960.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2552
INVOICE DATE: 03/13/97
ORDER: 2552 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1699-19
DATE SHIPPED: 03/11/97
SHIPPED FROM: SOUTHERN REF. FRONS
LICENSE / CAR: T-70-982 IL

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 27 | 7 | 8.000 | 56.00 |
| T. SELECT | RSL/GFT | 4/5 | 40 | 54 | 7.000 | 378.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 434.00 |

'AL 4/5 EQUIV. CARTONS --> 61.00 61

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 434.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 298
INVOICE DATE: 03/17/97
ORDER: 298 ASGN: 2

SHIPPED TO: 000000

BUYER'S ORDER NO.: 03/13/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

...erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ...these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | | | |
| ...RNER BOARDS | | | 24 | .520 | 12.48 |
| SUB TOTAL FOR OTHER --> | | | | | 12.48 |
| ...TAL 4/5 EQUIV. CARTONS --> | | | | | |

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 12.48

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE FLORI. COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2556
INVOICE DATE: 03/20/97
ORDER: 2556 ASSN: 1

SHIPPED TO: 02074
M.L.K. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285
WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1700-12
DATE SHIPPED: 03/14/97
SHIPPED FROM: BROTHERS TRUCKING
LICENSE / CAR: AB61729 PA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ı these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 27 | 26 | 8.000 | 208.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 208.00 |

TAL 4/5 EQUIV. CARTONS --> 26.00 26

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 208.00

OFFICE COPY

SUN CITRUS ASSOCIATION
"the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 299
INVOICE DATE: 03/20/97
ORDER: 299 ASGN:

SHIPPED TO: 00000

BUYER'S ORDER NO.: 03/17/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| 5 TOPS AND BOTTOMS | | | 220 | .310 | 68.20 |
| 5 TOPS AND BOTTOMS | | | 220 | .353 | 77.66 |
| 5 CARTON SALES | | | 120 | .365 | 43.80 |
| 5 DOMESTIC BODIES | | | 120 | .417 | 50.04 |
| X\TRAY ASSEMBLY | | | 340 | .300 | 102.00 |
| SUB TOTAL FOR OTHER --> | | | | | 341.70 |

TAL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 341.70

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 301
INVOICE DATE: 03/20/97
ORDER: 301 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.: 03/17/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| TEREST | | | 1 | 2307.090 | 2,307.09 |
| SUB TOTAL FOR OTHER --> | | | | | 2,307.09 |

TAL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,307.09

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2579
INVOICE DATE: 03/24/97
ORDER: 2579 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
653 RICE STREET

ST PAUL, MN 55103-1849

BUYER'S ORDER NO.: 1706-10
DATE SHIPPED: 03/10/97
SHIPPED FROM: LESSORS, INC.
LICENSE / CAR: TEMP IA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract, P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 36 | 110 | 8.000 | 880.00 |
| SUB TOTAL FOR FRUIT —) | | | | | | 880.00 |
| TAL 4/5 EQUIV. CARTONS —) | | 110.00 | | 110 | | |

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 880.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2565
INVOICE DATE: 03/24/97
ORDER# 2565 ASSN: 1

SHIPPED TO: 02074
R.L.R. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2205

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1704-19
DATE SHIPPED: 03/10/97
SHIPPED FROM: JAMES H PAXSON
LICENSE / CAR: XA-46872 PA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| F. SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| F. SELECT | RSL/GFT | 4/5 | 40 | 108 | 7.000 | 756.00 |
| SUB TOTAL | FOR FRUIT --> | | | | | 1,620.00 |

TAL 4/5 EQUIV. CARTONS --> 216.00 216

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 1,620.00

OFFICE COPY

# Sun Citrus Association, Inc.

INVOICE

SUN CITRUS ASSOCIATION "the finest under the sun"

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1334
INVOICE DATE: 03/24/97
ORDER: 1334 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1757-10
DATE SHIPPED: 03/19/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| IG (F.B.) | WSL/GFT | 9 BX BIN 36 | 1 | 207.500 | 207.50 |
| SUB TOTAL FOR FRUIT --> | | | | | 207.50 |

AL 4/5 EQUIV. CARTONS --> 18.00 1

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 207.50

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
[illegible] COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 303
INVOICE DATE: 03/24/97
ORDER: 303 ASSN: 1

SHIPPED TO: 00000

BUYER'S ORDER NO.: 03/19/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

[P]erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities [Act, 19]30 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived [from t]hese commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| [CO]RNER BOARDS, | | | 40 | .500 | 20.00 |
| [CO]RNER BOARDS | | | 50 | .520 | 26.00 |
| [OTH]ER PACKING MATERIALS | | | 20 | .710 | 14.20 |
| SUB TOTAL FOR OTHER --> | | | | | 61.00 |

[TOT]AL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 61.00

OFFICE COPY

SUN CITRUS ASSOCIATION
"the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1333
INVOICE DATE: 03/24/97
ORDER: 1333 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1751-10
DATE SHIPPED: 03/21/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived i these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| AG(F.B.) | VAL/ORG | 9 BX BIN 56 | 3 | 144.000 | 432.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 5 | 144.000 | 720.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 16 | 144.000 | 2,304.00 |
| AG(F.B.) | ORT/TGN | 9 BX BIN 80 | 2 | | |
| AG(F.B.) | ORT/TGN | 9 BX BIN 64 | 2 | | |
| AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 3 | 144.000 | 432.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 3 | 144.000 | 432.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 2 | 144.000 | 288.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 1 | 144.000 | 144.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 4,752.00 |

TAL 4/5 EQUIV. CARTONS --> 666.00 37

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 4,752.00

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1336
INVOICE DATE: 03/24/97
ORDER: 1336 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1761-10
DATE SHIPPED: 03/21/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 27 | 3 | 8.000 | 24.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 24.00 |

TAL 4/5 EQUIV. CARTONS --> 3.00 3

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 24.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2576
INVOICE DATE: 03/24/97
ORDER: 2576 ASGN: 1

SHIPPED TO: 02074
R.L.G. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1705-19
DATE SHIPPED: 03/21/97
SHIPPED FROM: EAST PENN
LICENSE / CAR: XA-9011 PA

: perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities '. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| T. SELECT | RSL/GFT | 4/5 | 27 | 108 | 8.000 | 864.00 |
| T. SELECT | RSL/GFT | 4/5 | 36 | 170 | 8.000 | 1,360.00 |
| T. SELECT | RSL/GFT | 4/5 | 40 | 108 | 7.000 | 756.00 |
| T. SELECT | RSL/GFT | 4/5 | 36 | 46 | 8.000 | 368.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 3,348.00 |

TAL 4/5 EQUIV. CARTONS --> 432.00 432

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 3,348.00

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

SUN CITRUS ASSOCIATION "the finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2590
INVOICE DATE: 03/24/97
ORDER: 2590 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
653 RICE STREET

ST PAUL, MN 55103-1049

BUYER'S ORDER NO.: 1712-19
DATE SHIPPED: 03/21/97
SHIPPED FROM: WARNER
LICENSE / CAR: 58238 SD

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract, P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T. SELECT | RSL/GFT | 4/5 | 23 | 55 | 8.000 | 440.00 |
| SUB TOTAL FOR FRUIT ---> | | | | | | 440.00 |
| TAL 4/5 EQUIV. CARTONS ---> | | 55.00 | | 55 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 440.00

OFFICE COPY

# Sun Citrus Association, Inc.

SUN CITRUS ASSOCIATION "the finest under the sun"

**INVOICE**

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1339
INVOICE DATE: 03/27/97
ORDER: 1339 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1762-10
DATE SHIPPED: 03/24/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| ERRY GOL | RSL/GFT | 4/5 | 36 | 44 | 7.500 | 330.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 330.00 |

TAL 4/5 EQUIV. CARTONS --> 44.00 44

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 330.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1340
INVOICE DATE: 03/27/97
ORDER: 1340 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1771-10
DATE SHIPPED: 03/25/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS — LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| ?G(F.B.) | RSL/GFT | 9 BX BIN 32 | 1 | 146.250 | 146.25 |
| ?G(F.B.) | RSL/GFT | 9 BX BIN 36 | 1 | 146.250 | 146.25 |
| SUB TOTAL FOR FRUIT ---> | | | | | 292.50 |

?AL 4/5 EQUIV. CARTONS ---> 36.00 2

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 292.50

OFFICE COPY

# Sun Citrus Association, Inc.

## INVOICE

SUN CITRUS ASSOCIATION
"The finest under the sun"

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1342
INVOICE DATE: 03/27/97
ORDER: 1342 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1769-10
DATE SHIPPED: 03/25/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| SELECT | RSL/GFT | 4/5 | 27 | 4 | 8.300 | 33.20 |
| SUB TOTAL FOR FRUIT --> | | | | | | 33.20 |

TAL 4/5 EQUIV. CARTONS --> 4.00 4

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 33.20

OFFICE COPY

# Sun Citrus Association, Inc.

INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE CARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2500
INVOICE DATE: 03/27/97
ORDER: 2500 ASSN: 1

SHIPPED TO: 02074
R.L.W. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1709-19
DATE SHIPPED: 03/25/97
SHIPPED FROM: PAS
LICENSE / CAR: X99898 TN

…perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities …t. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived …m these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| …T. SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| …T. SELECT | RSL/GFT | 4/5 | 27 | 30 | 8.000 | 240.00 |
| …T. SELECT | RSL/GFT | 4/5 | 40 | 111 | 7.000 | 777.00 |
| …IVER DEL | WSL/GFT | 4/5 | 23 | 55 | 6.500 | 357.50 |
| SUB TOTAL FOR FRUIT --> | | | | | | 2,238.50 |

…TAL 4/5 EQUIV. CARTONS --> 304.00 304

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,238.50

OFFICE COPY

SUN CITRUS ASSOCIATION "The finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 307
INVOICE DATE: 03/27/97
ORDER: 307 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.: 03/26/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

...erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ... these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| ...HER PACKING MATERIALS | | | 30 | .715 | 21.45 |
| ...RNER BOARDS | | | 100 | .520 | 52.00 |
| SUB TOTAL FOR OTHER --> | | | | | 73.45 |

...TAL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 73.45

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO:
01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO:
01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1341
INVOICE DATE: 03/28/97
ORDER: 1341 ASSN: 1

BUYER'S ORDER NO.: 1770-10
DATE SHIPPED: 03/26/97
SHIPPED FROM:
LICENSE / CAR: PEARL COMPANY
FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| 'AG(F.B.) | VAL/ORG | 9 BX BIN 56 | 1 | 144.000 | 144.00 |
| AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 2 | 144.000 | 288.00 |
| 'AG(F.B.) | VAL/ORG | 9 BX BIN 80 | 3 | 144.000 | 432.00 |
| 'AG(F.B.) | VAL/ORG | 10BX BIN 80 | 1 | 160.000 | 160.00 |
| 'AG(F.B.) | VAL/ORG | 9 BX BIN 64 | 20 | 144.000 | 2,880.00 |
| SUB TOTAL FOR FRUIT ---> | | | | | 3,904.00 |

TAL 4/5 EQUIV. CARTONS ---> 488.00 27

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 3,904.00

OFFICE COPY

# Sun Citrus Association, Inc.

**INVOICE**

SUN CITRUS ASSOCIATION
"The finest under the sun"

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 5242
INVOICE DATE: 02/20/97
ORDER: 5242 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1500-10
DATE SHIPPED: 01/06/97
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| A CITRUS | MIN/TGO | 1/5 | 80 | 995 | 4.980 | 4,955.10 |
| SUB TOTAL FOR FRUIT --> | | | | | | 4,955.10 |

THIS INVOICE IS FOR THE 1/5 CARTONS ON ORDER 1242
TAL 4/5 EQUIV. CARTONS --> 223.88 995

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 4,955.10

OFFICE COPY

# Sun Citrus Association, Inc.

SUN CITRUS ASSOCIATION
"the finest under the sun"

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 5257
INVOICE DATE: 02/28/97
ORDER: 5257 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1552-10
DATE SHIPPED: 01/10/97
SHIPPED FROM: THE PEARL COMPANY
LICENSE / CAR FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| A CITRUS | MIN/TGO | 1/5 | 80 | 372 | 4.980 | 1,852.56 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,852.56 |

1/5 CARTONS FOR ORDER 1257
TAL 4/5 EQUIV. CARTONS --> 83.70 372

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,852.56

OFFICE COPY

SUN CITRUS ASSOCIATION
"The finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 5258
INVOICE DATE: 02/28/97
ORDER: 5258 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1553-10
DATE SHIPPED: 01/11/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| A CITRUS | MIN/TGO | 1/5 | 80 | 445 | 4.980 | 2,216.10 |
| SUB TOTAL FOR FRUIT --> | | | | | | 2,216.10 |

1/5 CARTONS FOR 1258
TAL 4/5 EQUIV. CARTONS --> 100.13 445

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 2,216.10

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 5260
INVOICE DATE: 02/28/97
ORDER: 5260 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1551-10
DATE SHIPPED: 01/16/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| A CITRUS | MIN/TGO | 1/5 | 80 | 200 | 4.980 | 996.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 996.00 |

1/5 CARTONS FOR ORDER 1260
TAL 4/5 EQUIV. CARTONS --> 45.00 200

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 996.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1273
INVOICE DATE: 01/24/97
ORDER# 1273 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD
FT PIERCE, FL 34946

BUYER'S ORDER NO. 1591-10
DATE SHIPPED: 01/21/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

[illegible]rishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities [illegible]30 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived [illegible]ese commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| S(F.B.) | MIN/TGO | 9 BX BIN 80 | 24 | 324.000 | 7,776.00 |
| S(F.B.) | MIN/TGO | 9 BX BIN 64 | 7 | 324.000 | 2,268.00 |
| S(F.B.) | MIN/TGO | 9 BX BIN 56 | 23 | 324.000 | 7,452.00 |
| S(F.B.) | MIN/TGO | 9 BX BIN 48 | 13 | 324.000 | 4,212.00 |
| S(F.B.) | RSL/GFT | 9 BX BIN 40 | 1 | 146.250 | 146.25 |
| S(F.B.) | RSL/GFT | 9 BX BIN 36 | 1 | 146.250 | 146.25 |
| S(F.B.) | RSL/GFT | 9 BX BIN 32 | 14 | 146.250 | 2,047.50 |
| S(F.B.) | RSL/GFT | 9 BX BIN 27 | 4 | 146.250 | 585.00 |
| S(F.B.) | NAV/ORG | 9 BX BIN 80 | 11 | 171.000 | 1,881.00 |
| S(F.B.) | NAV/ORG | 9 BX BIN 64 | 5 | 171.000 | 855.00 |
| S(F.B.) | NAV/ORG | 9 BX BIN 56 | 5 | 171.000 | 855.00 |
| S(F.B.) | NAV/ORG | 9 BX BIN 48 | 2 | 171.000 | 342.00 |
| SUB TOTAL FOR FRUIT ----> | | | | | 28,566.00 |

[illegible]L 4/5 EQUIV. CARTONS --> 1,980.00 110

Partial Payment Rec'd 3/31/97

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 28,566.00

OFFICE COPY

Bal Due 11,566.00

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE TIBI COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2359
INVOICE DATE: 01/24/97
ORDER: 2359 ASSN: 1

SHIPPED TO: 02074
R. L. R. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1605-19
DATE SHIPPED: 01/21/97
SHIPPED FROM: TONY RIZZOLO
LICENSE / CAR: WDN-46A FL

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| . SELECT | NAV/ORG | 4/5 | 56 | 220 | 9.500 | 2,090.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 2,090.00 |

AL 4/5 EQUIV. CARTONS --> 220.00 220

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 2,090.00

OFFICE COPY

CITRUS ASSOCIATION
"the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO:
01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO:
01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2303
INVOICE DATE: 01/24/97
ORDER: 2303 ASSN: 1

BUYER'S ORDER NO.:
DATE SHIPPED: 01/21/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| F.SELECT | NOV/ORG | 4/5 | 56 | 1 | 9.500 | 9.50 |
| F.SELECT | MIN/TGO | 4/5 | 80 | 1 | 15.500 | 15.50 |
| SUB TOTAL FOR FRUIT --> | | | | | | 25.00 |

TAL 4/5 EQUIV. CARTONS --> 2.00 2

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 25.00

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2369
INVOICE DATE: 01/24/97
ORDER: 2369 ASSN: 1

SHIPPED TO: 02117
J & J DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1606-19
DATE SHIPPED: 01/21/97
SHIPPED FROM: WORNER
LICENSE / CAR: 61260 SD

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| '.SELECT | MIN/TGO | 4/5 | 00 | 55 | 15.500 | 852.50 |
| '.SELECT | NAV/ORG | 4/5 | 00 | 5 | 9.500 | 47.50 |
| SUB TOTAL FOR FRUIT ---> | | | | | | 900.00 |

AL 4/5 EQUIV. CARTONS ---> 60.00 60

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 900.00

OFFICE COPY

SUN CITRUS ASSOCIATION "The finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 249
INVOICE DATE: 01/23/97
ORDER: 249 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.: 01/23/97
DATE SHIPPED:
SHIPPED FROM:
LICENSE / CAR:

erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | | | |
| ERTISING | | | 1 | 709.740 | 709.74 |
| ERTISING | | | 1 | 36.000 | 36.00 |
| SUB TOTAL FOR OTHER --> | | | | | 745.74 |

AL 4/5 EQUIV. CARTONS -->

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 745.74

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1274
INVOICE DATE: 01/27/97
ORDER: 1274 ASGN: 1

SHIPPED TO 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1592-10
DATE SHIPPED: 01/23/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR FORKLIFT

erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities .930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract. P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| IG(F.B.) | MIN/TGO | 9 BX BIN 80 | 22 | 324.000 | 7,128.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN 64 | 16 | 324.000 | 5,184.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN 56 | 21 | 324.000 | 6,804.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN 48 | 14 | 324.000 | 4,536.00 |
| IG(F.B.) | RSL/GFT | 9 BX BIN 36 | 3 | 146.250 | 438.75 |
| IG(F.B.) | RSL/GFT | 9 BX BIN 32 | 10 | 146.250 | 1,462.50 |
| IG(F.B.) | RSL/GFT | 9 BX BIN 27 | 3 | 146.250 | 438.75 |
| IG(F.B.) | NAV/ORG | 9 BX BIN 48 | 1 | 171.000 | 171.00 |
| IG(F.B.) | NAV/ORG | 9 BX BIN 56 | 2 | 171.000 | 342.00 |
| IG(F.B.) | NAV/ORG | 9 BX BIN 64 | 5 | 171.000 | 855.00 |
| IG(F.B.) | NAV/ORG | 9 BX BIN 80 | 2 | 171.000 | 342.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 27,702.00 |

AL 4/5 EQUIV. CARTONS --> 1,782.00 99

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 27,702.00

OFFICE COPY

SUN CITRUS ASSOCIATION "The finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE [illegible] COMPANY
5350 [illegible] BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2303
INVOICE DATE: 01/27/97
ORDER: 2303 ASSN: 1

SHIPPED TO: 00124
THE [illegible] COMPANY, INC.
10500 UNIVERSITY CENTER DRIVE
SUITE 145
WEST [illegible], NJ

BUYER'S ORDER NO.: PO0173
DATE SHIPPED: 01/24/97
SHIPPED FROM: JAMES H PAYSON
LICENSE / CAR: TM-26312 FO

[P]erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities [Act,] 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived [from] these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| .SELECT | NAV/ORG | 4/5 | 56 | 162 | 6.500 | 1,053.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,053.00 |

[TOT]AL 4/5 EQUIV. CARTONS --> 162.00 162

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 1,053.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1204
INVOICE DATE: 01/08/97
ORDER: 1204 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1649-10
DATE SHIPPED: 01/05/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract, P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| G(F.B.) | MIN/TGO | 9 BX BIN 80 | 18 | 324.000 | 5,832.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 64 | 18 | 324.000 | 5,832.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 56 | 23 | 324.000 | 7,452.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 48 | 10 | 324.000 | 3,240.00 |
| G(F.B.) | MIN/TGO | 10BX BIN 64 | 2 | 360.000 | 720.00 |
| G(F.B.) | RSL/GFT | 9 BX BIN 32 | 3 | 146.250 | 438.75 |
| SUB TOTAL FOR FRUIT ---> | | | | | 23,514.75 |

AL 4/5 EQUIV. CARTONS --> 1,336.00 74

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 23,514.75

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEAD COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2360
INVOICE DATE: 01/28/97
ORDER: 2360 ASSN: 1

SHIPPED TO: 00112
J & J DISTRIBUTING CO
2300 WACOUT

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1605-19
DATE SHIPPED: 01/24/97
SHIPPED FROM: BCM EXPRESS
LICENSE / CAR: RM0221 IA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| .SELECT | MIN/TGO | 4/5 | 80 | 75 | 12.000 | 900.00 |
| .SELECT | NAV/ORG | 4/5 | 56 | 110 | 6.500 | 715.00 |
| SUB TOTAL FOR FRUIT ---) | | | | | | 1,615.00 |

TL 4/5 EQUIV. CARTONS ---) 185.00 185

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,615.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE [illegible] COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 254
INVOICE DATE: 01/31/97
ORDER: 254 ASSN: [illegible]

SHIPPED TO: 000000

BUYER'S ORDER NO.:
DATE SHIPPED: 01/28/97
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL / VARIETY / PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | |
| 5 TOPS AND BOTTOMS | 25 | .353 | 8.83 |
| 5 TOPS AND BOTTOMS | 25 | .310 | 7.75 |
| 5 CARTON SALES | 1 | 9.500 | 9.50 |
| 5 CARTON SALES | 1 | 15.500 | 15.50 |
| SUB TOTAL FOR OTHER --> | | | 41.58 |

TAL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 41.58

OFFICE COPY

SUN CITRUS ASSOCIATION
"the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE [illegible] COMPANY
5300 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2392
INVOICE DATE: 01/31/97
ORDER: 2392 OSSN: 1

SHIPPED TO: 02074
P.L.B. FOOD DISTRIBUTORS
2 [illegible] BRICK PLACE, [illegible]

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1610-19
DATE SHIPPED: 01/27/97
SHIPPED FROM: JAMES H PAX[illegible]
LICENSE / CAR: X047035 PA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| 1. SELECT | NAV/ORG | 4/5 | 56 | 108 | 6.500 | 702.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 702.00 |

TAL 4/5 EQUIV. CARTONS --> 108.00 108

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 702.00

OFFICE COPY

CITRUS ASSOCIATION
"the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1277
INVOICE DATE: 02/03/97
ORDER: 1277 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1646-10
DATE SHIPPED: 01/31/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

...e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ...t. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived ...m these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 88 | 9 | 324.000 | 2,916.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 64 | 12 | 324.000 | 3,888.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 56 | 15 | 324.000 | 4,860.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 48 | 9 | 324.000 | 2,916.00 |
| JAG(F.B.) | RSL/GFT | 9 BX BIN 36 | 10 | 146.250 | 1,462.50 |
| JAG(F.B.) | RSL/GFT | 9 BX BIN 32 | 16 | 146.250 | 2,340.00 |
| JAG(F.B.) | RSL/GFT | 9 BX BIN 27 | 3 | 146.250 | 438.75 |
| JAG(F.B.) | NAV/ORG | 9 BX BIN 64 | 13 | 171.000 | 2,223.00 |
| JAG(F.B.) | NAV/ORG | 9 BX BIN 56 | 15 | 171.000 | 2,565.00 |
| JAG(F.B.) | NAV/ORG | 9 BX BIN 48 | 5 | 171.000 | 855.00 |
| JAG(F.B.) | RSL/GFT | 9 BX BIN 40 | 4 | 146.250 | 585.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 88 | 11 | 324.000 | 3,564.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 64 | 13 | 324.000 | 4,212.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 56 | 13 | 324.000 | 4,212.00 |
| JAG(F.B.) | MIN/TGO | 9 BX BIN 48 | 6 | 324.000 | 1,944.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 38,981.25 |
| TAL 4/5 EQUIV. CARTONS --> | | 2,772.00 | 154 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 38,981.25

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO: [illegible]
J & I DISTRIBUTING CO
2300 [illegible]

ST PAUL, MN 55114

PAGE 1

SUN INVOICE NO.: [illegible]
INVOICE DATE: 02/03/97
ORDER: 2399 ASSN: 1

BUYER'S ORDER NO.: 1611-19
DATE SHIPPED: 01/29/97
SHIPPED FROM: WARNER
LICENSE / CAR: 58239 CD

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| .SELECT | NAV/ORG | 4/5 | 56 | 110 | 6.500 | 715.00 |
| .SELECT | MIN/TGO | 4/5 | 100 | 30 | 8.000 | 240.00 |
| .SELECT | MIN/TGO | 4/5 | 80 | 68 | 12.000 | 816.00 |
| SWEETES | MIN/TGO | 4/5 | 80 | 21 | 12.000 | 252.00 |
| SWEETES | MIN/TGO | 4/5 | 100 | 38 | 8.000 | 304.00 |
| .SELECT | MIN/TGO | 4/5 | 80 | 12 | 12.000 | 144.00 |
| SWEETES | MIN/TGO | 4/5 | 100 | 15 | 8.000 | 120.00 |
| SUB TOTAL FOR FRUIT ==> | | | | | | 2,591.00 |

AL 4/5 EQUIV. CARTONS --> 294.00 294

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,591

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

SUN CITRUS ASSOCIATION "the finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2427
INVOICE DATE: 02/03/97
ORDER: 2427 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1614-19
DATE SHIPPED: 01/31/97
SHIPPED FROM: LESSORS
LICENSE / CAR: MN TEMP TAG

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| SELECT | NAV/ORG | 4/5 | 64 | 110 | 6.500 | 715.00 |
| SELECT | NAV/ORG | 4/5 | 56 | 110 | 6.500 | 715.00 |
| SELECT | MIN/TGO | 4/5 | 80 | 59 | 12.000 | 708.00 |
| SELECT | MIN/TGO | 4/5 | 80 | 51 | 12.000 | 612.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 2,750.00 |

AL 4/5 EQUIV. CARTONS --> 330.00 330

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 2,750.00

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

SUN CITRUS ASSOCIATION
"the finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 5263
INVOICE DATE: 02/28/97
ORDER: 5283 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1647-10
DATE SHIPPED: 01/31/97
SHIPPED FROM:
LICENSE / CAR:

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| A CITRUS | MIN/TGO | 1/5 | 80 | 776 | 4.980 | 3,864.48 |
| A CITRUS | MIN/TGO | 1/5 | 80 | 256 | 4.980 | 1,274.88 |
| SUB TOTAL FOR FRUIT --> | | | | | | 5,139.36 |

1/5 CARTONS FOR ORDER 1283
TAL 4/5 EQUIV. CARTONS --> 232.20 1,032

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 5,139.36

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

**INVOICE**

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1287
INVOICE DATE: 02/06/97
ORDER: 1283 ASSN: 1

BUYER'S ORDER NO.: 1647-10
DATE SHIPPED: 01/31/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| G(F.B.) | MIN/TGO | 9 BX BIN 80 | 7 | 324.000 | 2,268.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 64 | 11 | 324.000 | 3,564.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 56 | 13 | 324.000 | 4,212.00 |
| G(F.B.) | MIN/TGO | 9 BX BIN 48 | 7 | 324.000 | 2,268.00 |
| G(F.B.) | RSL/GFT | 9 BX BIN 32 | 5 | 146.250 | 731.25 |
| G(F.B.) | RSL/GFT | 9 BX BIN 27 | 1 | 146.250 | 146.25 |
| G(F.B.) | NAV/ORG | 9 BX BIN 80 | 4 | 171.000 | 684.00 |
| G(F.B.) | NAV/ORG | 9 BX BIN 64 | 5 | 171.000 | 855.00 |
| G(F.B.) | NAV/ORG | 9 BX BIN 56 | 4 | 171.000 | 684.00 |
| G(F.B.) | NAV/ORG | 9 BX BIN 48 | 16 | 171.000 | 2,736.00 |
| SUB TOTAL FOR FRUIT --> | | | | | 18,148.50 |

AL 4/5 EQUIV. CARTONS --> 1,314.00 73

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 18,148.50

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

# INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 259
INVOICE DATE: 02/06/97
ORDER: 259 ASSN: 2

SHIPPED TO: 00000

BUYER'S ORDER NO.: 1659-10
DATE SHIPPED: 02/03/97
SHIPPED FROM:
LICENSE / CAR:

erishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL | VARIETY | PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| SUB TOTAL FOR FRUIT --> | | | | | |
| CARTON SALES | | | 50 | .285 | 14.25 |
| SUB TOTAL FOR OTHER --> | | | | | 14.25 |

AL 4/5 EQUIV. CARTONS -->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 14.25

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2417
INVOICE DATE: 02/10/97
ORDER: 2417 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1617 19
DATE SHIPPED: 02/03/97
SHIPPED FROM: WORNER
LICENSE / CAR: 59504 SD

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T.SELECT | NAV/ORG | 4/5 | 56 | 189 | 6.500 | 1,228.50 |
| T.SELECT | NAV/ORG | 4/5 | 64 | 293 | 6.500 | 1,904.50 |
| T.SELECT | MIN/TGO | 4/5 | 80 | 165 | 12.000 | 1,980.00 |
| T.SELECT | MIN/TGO | 4/5 | 00 | 30 | 12.000 | 360.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 5,473.00 |

AL 4/5 EQUIV. CARTONS --> 677.00 677

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 5,473.00

OFFICE COPY

SUN CITRUS ASSOCIATION "The finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2477
INVOICE DATE: 02/10/97
ORDER: 2477 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.:
DATE SHIPPED: 02/07/97
SHIPPED FROM: JAMES H PAXON & SON
LICENSE / CAR TM-363-12 PA

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| .SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| .SELECT | RSL/GFT | 4/5 | 40 | 54 | 7.000 | 378.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,242.00 |

AL 4/5 EQUIV. CARTONS --> 162.00 162

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,242.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1295
INVOICE DATE: 02/13/97
ORDER: 1295 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1660-10
DATE SHIPPED: 02/07/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
| IG(F.B.) | TEM/ORG | 10BX RNG MIX | | 10 | 105.000 | 1,050.00 |
| IG(F.B.) | RSL/GFT | 9 BX BIN | 36 | 35 | 146.250 | 5,118.75 |
| IG(F.B.) | RSL/GFT | 9 BX BIN | 32 | 40 | 146.250 | 5,850.00 |
| IG(F.B.) | RSL/GFT | 9 BX BIN | 27 | 13 | 146.250 | 1,901.25 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 80 | 7 | 324.000 | 2,268.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 64 | 7 | 324.000 | 2,268.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 56 | 8 | 324.000 | 2,592.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 48 | 4 | 324.000 | 1,296.00 |
| CITRUS | TEM/ORG | 4/5 | 80 | 656 | 8.800 | 5,772.00 |
| CITRUS | TEM/ORG | 4/5 | 64 | 384 | 8.800 | 3,379.20 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 64 | 5 | 324.000 | 1,620.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 56 | 8 | 324.000 | 2,592.00 |
| IG(F.B.) | MIN/TGO | 9 BX BIN | 48 | 4 | 324.000 | 1,296.00 |
| CITRUS | TEM/ORG | 4/5 | 80 | 540 | 9.100 | 4,914.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 42,718.00 |

AL 4/5 EQUIV. CARTONS --> 4,138.00 1,721

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 42,718.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

# INVOICE

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 262
INVOICE DATE: 02/10/97
ORDER: 262 ASSN: 2

SHIPPED TO: 01004

BUYER'S ORDER NO.:
DATE SHIPPED: 02/10/97
SHIPPED FROM:
LICENSE / CAR:

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | |
| SUB TOTAL FOR FRUIT --> | | | | | |
| ADVERTISING | | | 1 | 1301.010 | 1,301.01 |
| SUB TOTAL FOR OTHER --> | | | | | 1,301.01 |

TOTAL 4/5 EQUIV. CARTONS --->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 1,301.01

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2436
INVOICE DATE: 02/13/97
ORDER: 2436 ASSN: 1

SHIPPED TO: 00112
T & L DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1610-19
DATE SHIPPED: 02/11/97
SHIPPED FROM: LESSORS
LICENSE / CAR: 341074 WI

: perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| T.SELECT | RSL/GFT | 4/5 | 36 | 110 | 8.000 | 880.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 880.00 |

TAL 4/5 EQUIV. CARTONS --> 110.00 110

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 880.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

SUN CITRUS ASSOCIATION
"the finest under the sun"

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2407
INVOICE DATE: 02/13/97
ORDER: 2407 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2205

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1625-19
DATE SHIPPED: 02/11/97
SHIPPED FROM: PINE RIDGE TRUCKING
LICENSE / CART N-57683

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| F. SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| F. SELECT | RSL/GFT | 4/5 | 40 | 54 | 7.000 | 378.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,242.00 |

AL 4/5 EQUIV. CARTONS --> 162.00 162

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,242.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX # 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2486
INVOICE DATE: 02/17/97
ORDER: 2486 ASSN: 1

SHIPPED TO 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1626-19
DATE SHIPPED: 02/13/97
SHIPPED FROM: R. RUDELITCH
LICENSE / CARTAE: 5616 NJ

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| F. SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 864.00 |

AL 4/5 EQUIV. CARTONS --> 108.00 108

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 864.00

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

SUN CITRUS ASSOCIATION "The finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 1300
INVOICE DATE: 02/20/97
ORDER: 1300 ASSN: 1

SHIPPED TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

BUYER'S ORDER NO.: 1672-10
DATE SHIPPED: 02/13/97
SHIPPED FROM: PEARL COMPANY
LICENSE / CAR: FORKLIFT

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| G(F.B.) | RSL/GFT | 9 BX BIN | 36 | 16 | 146.250 | 2,340.00 |
| G(F.B.) | RSL/GFT | 9 BX BIN | 32 | 30 | 146.250 | 4,387.50 |
| G(F.B.) | RSL/GFT | 9 BX BIN | 27 | 18 | 146.250 | 2,632.50 |
| G(F.B.) | MIN/TGO | 10BX BIN | 80 | 1 | 360.000 | 360.00 |
| SWEETES | MIN/TGO | 4/5 | 64 | 110 | 16.000 | 1,760.00 |
| CITRUS | TEM/ORG | 4/5 | 64 | 77 | 9.000 | 693.00 |
| CITRUS | TEM/ORG | 4/5 | 80 | 443 | 9.000 | 3,987.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 16,160.00 |

1-10BX BIN P/O JUICE FRUIT = $100.00
AL 4/5 EQUIV. CARTONS --> 1,802.00 695

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 16,160.00

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 010004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2485
INVOICE DATE: 02/18/97
ORDER: 2485 ASSN: 1

SHIPPED TO 02074
P.L.K. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2205

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1627-19
DATE SHIPPED: 02/17/97
SHIPPED FROM PAXON & SONS
LICENSE / CAR TH 18003 PA

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract, P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| LABEL | VARIETY | PACKAGE & SIZE | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| -. SELECT | RSL/GFT | 4/5 | 36 | 108 | 8.000 | 864.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 864.00 |
| .LET UPCHARGE | | | | 108 | .150 | 16.20 |
| SUB TOTAL FOR OTHER --> | | | | | | 16.20 |

AL 4/5 EQUIV. CARTONS --> 108.00 108

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 880.20

OFFICE COPY

# Sun Citrus Association, Inc. INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

SHIPPED TO: 00004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 276
INVOICE DATE: 02/21/97
ORDER: 276 ASSN: P

BUYER'S ORDER NO.:
DATE SHIPPED: 02/18/97
SHIPPED FROM:
LICENSE / CAR:

…e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities …t. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived …m these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS: LABEL / VARIETY / PACKAGE & SIZE | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| SUB TOTAL FOR FRUIT ---> | | | |
| …'5 TOPS AND BOTTOMS | 80 | .310 | 24.80 |
| …'5 TOPS AND BOTTOMS | 80 | .353 | 28.24 |
| …UN MAINTENANCE | 2 | 275.000 | 550.00 |
| SUB TOTAL FOR OTHER ---> | | | 603.04 |

…TAL 4/5 EQUIV. CARTONS --->

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 603.04

OFFICE COPY

SUN CITRUS ASSOCIATION "the finest under the sun"

# Sun Citrus Association, Inc.

INVOICE

5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2502
INVOICE DATE: 02/20/97
ORDER: 2502 ASSN: 1

SHIPPED TO: 02112
J & J DISTRIBUTING CO
2300 WYCLIFF

ST PAUL, MN 55114

BUYER'S ORDER NO.: 1631-19
DATE SHIPPED: 02/19/97
SHIPPED FROM: N&C KAHLIG, INC
LICENSE / CART: 829KC OH

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract,
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| SELECT | RSL/GFT | 4/5 | 36 | 110 | 8.000 | 880.00 |
| SUB TOTAL | FOR FRUIT --> | | | | | 880.00 |

AL 4/5 EQUIV. CARTONS --> 110.00 110

TERMS: Net 28 days from shipdate.

*Thank You!*

TOTAL AMOUNT 880.00

OFFICE COPY

# Sun Citrus Association, Inc.

# INVOICE

SUN CITRUS ASSOCIATION "the finest under the sun"
5300 SUN CITRUS BLVD., FT. PIERCE, FLORIDA 34946
TELEPHONE: (561) 464-3000
FAX# 561-460-1900

SOLD TO: 01004
THE PEARL COMPANY
5350 SUN CITRUS BOULEVARD

FT PIERCE, FL 34946

PAGE 1

SUN INVOICE NO.: 2491
INVOICE DATE: 02/24/97
ORDER: 2491 ASSN: 1

SHIPPED TO: 02074
R.L.B. FOOD DISTRIBUTORS
2 DEDRICK PLACE, CN 2285

WEST CALDWELL, NJ 07007

BUYER'S ORDER NO.: 1628-19
DATE SHIPPED: 02/20/97
SHIPPED FROM: WHEATLEY TRUCKING
LICENSE / CAR: 179091 ME

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities . 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived n these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

** All Sales are No Grade Contract.
P.A.C.A. Good Arrival Standards.

(Please pay from Invoice) — A 1½% Service Charge may be charged on past Due Amounts. Customer agrees to pay all court costs and Attorney Fees should collection efforts become necessary.

| SPECIFICATIONS | | | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| LABEL | VARIETY | PACKAGE & SIZE | | | | |
| ST. SELECT | RSL/GFT | 4/5 | 36 | 155 | 8.000 | 1,240.00 |
| SUB TOTAL FOR FRUIT --> | | | | | | 1,240.00 |
| TAL 4/5 EQUIV. CARTONS --> | | 155.00 | | 155 | | |

*Thank You!*

TERMS: Net 28 days from shipdate.

TOTAL AMOUNT 1,240.00

OFFICE COPY

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR ST. LUCIE COUNTY, FLORIDA

CIVIL ACTION NO.: 98-868 CA09

ASSIGNED TO JUDGE KENNEY

BARNETT BANK, N.A., as successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, N.A.,

Plaintiff,

vs.

THE PEARL COMPANY, a Florida general partnership, f/k/a The Cushman & Pearl Company, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation, as general partner of THE PEARL COMPANY, a Florida general partnership; BRADLEY SELLICK, as general partner of THE PEARL COMPANY, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation; SHARON D. CUSHMAN; ROBERT A. ZUCKER; JUDITH A. ZUCKER, BRADLEY SELLICK; ELIZABETH SELLICK; SUN RIVER, INC., a Florida corporation; HYSTER CREDIT COMPANY, and IBM CREDIT CORPORATION,

Defendants.

______________________________________/

## COMPLAINT

### COUNT I - FORECLOSURE OF MORTGAGE AND SECURITY INTERESTS

Plaintiff, BARNETT BANK, N.A., as successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, N.A., by and through its undersigned attorneys, sues Defendants, THE PEARL COMPANY, a Florida general partnership, f/k/a

EXHIBIT "B"

The Cushman & Pearl Company, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation, as general partner of THE PEARL COMPANY, a Florida general partnership; BRADLEY SELLICK, as general partner of THE PEARL COMPANY, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation; SHARON D. CUSHMAN; ROBERT A. ZUCKER; JUDITH A. ZUCKER; BRADLEY SELLICK; ELIZABETH SELLICK; SUN RIVER, INC., a Florida corporation; HYSTER CREDIT COMPANY, and IBM CREDIT CORPORATION, and alleges:

1. This is an action to foreclose a mortgage and security interest on real property and personal property located in St. Lucie County, Florida.

2. Plaintiff, BARNETT BANK, N.A., is the successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, N.A.

3. Defendant, THE PEARL COMPANY, is a Florida general partnership f/k/a The Cushman & Pearl Company.

4. Defendant, PEARL'S BONDED FRUIT SHIPPERS, INC., is a Florida corporation and is a general partner of THE PEARL COMPANY.

5. Defendant, BRADLEY SELLECK, is a resident of Martin County, Florida and is a general partner of THE PEARL COMPANY.

6. Defendant, SHARON D. CUSHMAN, is a resident of Palm Beach County, Florida.

7. Defendant, ROBERT A. ZUCKER, is a resident of Martin County, Florida.

8. Defendant, ELIZABETH SELLICK, is a resident of Martin County, Florida.

9. Defendant, SUN RIVER, INC., is a Florida corporation authorized to do

business in the State of Florida.

10. Defendant, HYSTER CREDIT COMPANY, is a foreign corporation doing business in the State of Florida.

11. Defendant, IBM CREDIT CORPORATION, is a foreign corporation doing business in the State of Florida.

12. On or before October 19, 1988, The Cushman & Pearl Company, a Florida general partnership ("Cushman & Pearl Co."), executed and delivered to Barnett Bank of South Florida, N. A., a Promissory Note in the principal amount $500,000.00 (the "Original Note").

13. To secure payment of the Original Note, on or before October 19, 1988, Cushman Fruit Company, Inc., a Florida corporation ("Cushman Fruit Co."), and Pearl's Bonded Fruit Shippers, Inc., a Florida corporation ("Pearl's Bonded Fruit Shippers, Inc."), executed and delivered to Barnett Bank of South Florida, N.A., a Collateral Mortgage Deed and Security Agreement (the "Original Mortgage"), mortgaging the real property and personal property described therein. The Original Mortgage was duly recorded in Official Records Book 609, Page 2424, Public Records of St. Lucie County, Florida, and a copy thereof is attached hereto as EXHIBIT "1".

14. To secure payment of the Original Note, on or About October 19, 1988, Cushman & Pearl Co. executed and delivered to Barnett Bank of South Florida, N.A., an Assignment of Leases, Rents and Profits. The Assignment of Leases, Rents and Profits was duly recorded at Official Records Book 609, Page 2445, Public Records of St. Lucie County, Florida, and a copy thereof is attached hereto as EXHIBIT "2".

15. On or about June 1, 1994, Barnett Bank of South Florida, N.A. executed and

delivered to Barnett Bank of Broward County, N.A., an Assignment of Mortgage pursuant to which Barnett Bank of South Florida, N.A. assigned to Barnett Bank of Broward County, N.A., the Original Note and Original Mortgage, together with any other loan document described therein. The Assignment of Mortgage was duly recorded at Official Records Book 906, Page 2105, Public Records of St. Lucie County, Florida, and a copy thereof is attached hereto as EXHIBIT "3".

16. On or about May 31, 1994, Cushman & Pearl Co. executed and delivered to Barnett Bank of Broward County, N.A., a Renewal Secured Promissory Note in the principal amount of $450,215.28 (the "Renewal Note"), which amended and renewed the Original Note.

17. On or about May 31, 1994, Cushman Fruit Co. and Pearl's Bonded Fruit Shippers, Inc. entered into a Modification of Note and Mortgage, Extension, Renewal Note and Re-Stated Mortgage Agreement ("Note and Mortgage Modification Agreement") with Barnett Bank of Broward County, N.A., which amended the Original Note and Original Mortgage. Attached to the Note and Mortgage Modification Agreement are a Mortgage and Security Agreement and Rider to Mortgage, which secure payment of the Renewal Note. The Note and Mortgage Modification Agreement, Mortgage and Security Agreement, and Rider to Mortgage, were duly recorded as one single instrument at Official Records Book 906, Page 2109, Public Records of St. Lucie County, Florida, and a copy thereof is attached hereto as Composite EXHIBIT "4".

18. Cushman & Pearl Co. has executed and delivered the following Security Agreements, copies of which are attached hereto as Composite EXHIBIT "5":

a. Security Agreement dated September 23, 1988, giving Barnett Bank

of South Florida, N.A., a security interest in the personal property described therein;

b. Security Agreement dated November 16, 1988, giving Barnett Bank of South Florida, N.A., a security interest in the personal property described therein;

c. Security Agreement dated June 30, 1992, giving Barnett Bank of Broward County, N.A., a security interest in the personal property described therein;

d. Security Agreement dated June 30, 1993, giving Barnett Bank of Broward County, N.A., a security interest in the personal property described therein;

e. Security Agreement dated June 30, 1993, giving Barnett Bank of Broward County, N.A., a security interest in the personal property described therein;

f. Commercial Security Agreement dated October 20, 1995, giving Barnett Bank of Broward County, N.A., a security interest in the personal property described therein.

19. To perfect the security interest given pursuant to the Original Mortgage and Security Agreements described herein, as they have been subsequently modified, the following UCC Financing Statements were executed and delivered:

a. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 880000010714, as subsequently modified by UCC-3 Financing Statements filed with the Florida Secretary of State under Filing No. 920000170777, Filing No. 930000092494, Filing No. 960000196758, and Filing No. 970000239601. Copies of these financing statements are attached hereto as Composite EXHIBIT "6";

b. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 880000031969 (recorded at Official Records Book 609, Page 2440, Public Records of St. Lucie County, Florida), as subsequently modified by UCC-3 Financing Statements filed with the Florida Secretary of State under Filing No. 920000259250 (recorded at Official Records Book 820, Page 467); Filing No. 930000092496 (recorded at Official Records Book 844, Page 1966); Filing No. 940000118738 (recorded at Official Records Book 906, Page 2127); and Filing No. 960000171257; and UCC-3 Financing Statement recorded at Official Records Book 1120, Page 1170, all of the Public Records of St. Lucie County, Florida. Copies of these financing statements are attached hereto as Composite EXHIBIT "7";

c. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 940000220194, as subsequently modified by UCC-3 Financing Statement filed with the Florida Secretary of State under Filing No. 970000210433. Copies of these financing statements are attached hereto as Composite EXHIBIT "8";

d. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 950000140446, as subsequently modified by UCC-3 Financing Statement filed with the Florida Secretary of State under Filing No. 970000210432. Copies of these financing statements are attached hereto as Composite EXHIBIT "9";

e. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 950000220218, as subsequently modified by UCC-3 Financing Statements filed with the Florida Secretary of State under Filing No. 960000196757, and 970000239600. Copies of these financing statements are attached hereto as Composite EXHIBIT "10";

f. UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 970000239605 (recorded at Official Records Book 1120, Page 1205, Public Records of St. Lucie County, Florida). Copies of these financing statements are attached hereto as Composite EXHIBIT "11".

20. On or about June 15, 1995, Cushman & Pearl Co. executed and delivered to Barnett Bank of Broward County, N.A., a Promissory Note in the principal amount of $100,000.00 (the "Equipment Note").

21. On or about October 20, 1995, Cushman & Pearl Co., Robert A. Zucker, Judith A. Zucker, Bradley Sellick, Elizabeth Sellick, and Pearl's Bonded Shippers, Inc., executed and delivered to Barnett Bank of Broward County, N.A., an Agreement Waiving Right to Jury Trial and Consenting to Jurisdiction, a copy of which is attached hereto as EXHIBIT "12".

22. On or about September 1, 1997, The Pearl Company, a Florida general partnership ("The Pearl Company"), executed and delivered to Barnett Bank, N.A., a Term Promissory Note in the principal amount of $820,718.18 (the "Term Note"), a copy of which is attached hereto as EXHIBIT "13".

23. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A., a Promissory Note in the principal amount of $28,075.49 (the

"Closing Costs Note"), a copy of which is attached hereto as EXHIBIT "14".

24. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A., a Future Advance Promissory Note in the principal amount of $165,181.82 (the "Future Advance Note").

25. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A. a Combined Renewal Note in the principal amount of $625,000.00, which combined and renewed the Renewal Note, Equipment Note, and Future Advance Note (the "Combined Renewal Note"). A copy of the Combined Renewal Note is attached hereto as EXHIBIT "15".

26. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A., a Modification Agreement, which among other things:

a. Amended and modified, among others, the Renewal Note, the Equipment Note, the Original Mortgage, as subsequently modified by the Note and Mortgage Modification Agreement (collectively the "Mortgage"); the Assignment of Leases, Rents and Profits, as subsequently modified by the Note and Mortgage Modification Agreement (collectively the "Assignment"); the Security Agreement dated October 20, 1995;

b. Deemed all the loans evidenced by the Combined Renewal Note, the Term Note, and the Closing Costs Note, to be secured by the Mortgage, the Assignment, and the Security Agreement, as defined in this paragraph, and to be cross-defaulted and cross-collateralized;

The Modification Agreement was duly recorded at Official Records Book 1120, Page 1173, Public Records of St. Lucie County, Florida, and it is attached hereto as EXHIBIT "16".

27. On or about September 1, 1997 The Pearl Company and Sun River, Inc., a Florida corporation, entered into a Collateral Assignment and Subordination Agreement in favor of Barnett Bank, N.A., which was duly recorded at Official Records Book 1120, Page 1195, Public Records of St. Lucie County, Florida. A copy of the Collateral

Assignment and Subordination Agreement is attached hereto as EXHIBIT "17".

28. All the liabilities, obligations, debts and indebtedness of The Pearl Company to Barnett Bank, N.A., as evidenced by the Combined Renewal Note, the Term Note, the Closing Costs Note, and any other loan documents that are the subject of this lawsuit, are guaranteed by the following guaranties attached hereto as Composite EXHIBIT "18" (hereinafter sometimes be collectively referred to as the "Guaranty Agreements").

a. Continuing Unlimited Commercial Guaranty dated June 15, 1995, executed and delivered by Sharon D. Cushman;

b. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Pearl's Bonded Fruit Shippers, Inc.;

c. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Robert A. Zucker;

d. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Judith A. Zucker;

e. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Elizabeth Sellick;

f. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Bradley Sellick;

g. Continuing Limited Commercial Guaranty dated September 1, 1997, executed and delivered by Sun River, Inc. The amount of this Guaranty is limited as more particularly set forth therein.

29. Plaintiff, Barnett Bank, N.A. is the successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, N.A.

30. All of the loan documents described herein and attached hereto as EXHIBITS "1-18", are owned and held by Plaintiff, and they will hereinafter sometimes be collectively referred to as the "Loan Documents".

31. This is an action to foreclose Plaintiff's Mortgage and security interest on real

property and personal property located in St. Lucie County, Florida, as more particularly described in the Notice of Lis Pendens filed in this action and pursuant to the Loan Documents.

32. The real property described in the Mortgage (the "Mortgaged Property"), is now owned by The Pearl Company, pursuant to a Corrective Warranty Deed recorded at Official Records Book 1119, Page 51, Public Records of St. Lucie County, Florida.

33. The personal property described in the Security Agreements and UCC Financing Statements (the "Collateral"), is now owned by The Pearl Company.

34. Defendants, The Pearl Company; Pearl's Bonded Fruit Shippers, Inc., as general partner of The Pearl Company; Bradley Sellick, as general partner of The Pearl Company; Pearl's Bonded Fruit Shippers, Inc.; Robert A. Zucker; Judith A. Zucker; Bradley Sellick; Elizabeth Sellick; and Sun River, Inc., will hereinafter sometimes be collectively referred to as "Defendants".

35. Defendants are in default under the Loan Documents for the following reasons among others:

a. Under the Combined Renewal Note dated September 1, 1997, in the amount of $625,000.00: The Pearl Company, has failed to make the payment due June 1, 1998, in the amount of $7,469.24, and all payments due thereafter, and has failed to pay late charges due.

b. Under the Term Note dated September 1, 1997, in the amount of $820,718.18: The Pearl Company, has failed to make the payments due on May 1, 1998 in the amount of $13,699.97 and all payments due thereafter, and has failed to pay the late charges due.

c. Under the Closing Costs Note dated September 1, 1997, in the amount of $28,075.49: Pursuant to paragraph 9 of the Modification Agreement, the Closing Costs Note is cross-defaulted and cross-collateralized with the Combined Renewal Note and the Term Note. Therefore, the Closing Costs Note is in default as a result of The Pearl Company's default under the Combined Renewal Note and the Term Note.

d. Under the Guaranty Agreements: Pearl's Bonded Fruit Shippers, Inc., Robert A. Zucker, Judith A. Zucker, Bradley Sellick, Elizabeth Sellick, and Sun River, Inc., as guarantors under the Loan Documents pursuant to the Guaranty Agreements executed by them, are in default as a result of The Pearl's Company's failure to make the payments under the Combined Renewal Note, the Term Note, and the Closing Costs Note, as set forth in this paragraph.

36. As a result of the Defendants' default under the Loan Documents, Plaintiff has elected to accelerate payment of the outstanding balance of principal and interest due under the Combined Renewal Note, the Term Note, and the Closing Costs Note, and has declared same to be immediately due and payable effective June 23, 1998.

37. Defendants owe Plaintiff the following sums under the Loan Documents:

a. Under the Combined Renewal Note dated September 1, 1997, in the amount of $625,000.00: The principal balance of $609,290.64, plus $10,502.86 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth in the Combined Renewal Note, plus $3,250.98 of late charges through June 2, 1998, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Combined Renewal Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the

Combined Renewal Note;

b. Under the Term Note dated September 1, 1997, in the amount of $820,718.18: The principal balance of $782,318.53, plus $16,196.87 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth in the Term Note, plus $5,164.67 of late charges, through June 2, 1998, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Term Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the Term Note;

c. Under the Closing Costs Note dated September 1, 1997, in the amount of $28,075.49: The principal balance of $28,075.49, plus $1,816.33 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth in the Closing Costs Note, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Closing Costs Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the Closing Costs Note;

d. All attorney's fees, court costs, title search expenses, and other charges and legal expenses incurred incident to enforcement of the obligations under the Loan Documents.

38. Plaintiff may be required, during the pendency of this action, to make such advances for payment of real estate taxes, prior mortgages or liens, insurance, or for such other purposes as are described in the Loan Documents, which advances are also secured by the lien of the Loan Documents, and for which Defendants are also liable, jointly and severally.

39. Defendant, SUN RIVER, INC., a Florida corporation, may claim some right, title, or interest in the Mortgaged Property and Collateral sought herein to be foreclosed, by virtue of an unrecorded Use and Management Agreement in favor of The Pearl Company, dated September 1, 1997, a copy of which is attached hereto as EXHIBIT "19"; but said interest and any other right, title, or interest of the aforesaid defendant in and to the Mortgaged Property and the Collateral, is junior and subordinate to Plaintiff's lien pursuant to the Loan Documents being foreclosed, pursuant to the terms of the Collateral Assignment and Subordination Agreement entered into by and between The Pearl Company and Sun River, Inc., a copy of which is attached hereto as EXHIBIT "17". On July 9, 1998, Plaintiff demanded that SUN RIVER, INC., pay Plaintiff all rents and other sums of money due under the Use and Management Agreement. To the extent that SUN RIVER, INC. fails to comply with this demand, it is obligated to pay Plaintiff damages.

40. Defendant, HYSTER CREDIT COMPANY, may claim some right, title, or interest in the Collateral sought herein to be foreclosed, by virtue of a UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 940000065336, a copy of which is attached hereto as EXHIBIT "20"; but said interest and any other right, title, or interest of the aforesaid defendant in and to the Collateral, is junior and subordinate to Plaintiff's lien pursuant to the Loan Documents being foreclosed herein.

41. Defendant, IBM CREDIT CORPORATION, may claim some right, title, or interest in a portion of the Collateral sought herein to be foreclosed, by virtue of a UCC-1 Financing Statement filed with the Florida Secretary of State under Filing No. 950000195601, a copy of which is attached hereto as EXHIBIT "21"; but said interest and any other right, title, or interest of the aforesaid defendant in and to the Collateral, is junior

and subordinate to Plaintiff's lien pursuant to the Loan Documents being foreclosed herein.

42. Pursuant to the terms of the Mortgage and the Assignment of Leases, Rents and Profits, Plaintiff is entitled to collect all rents accruing from the Mortgaged Property.

43. Pursuant to the terms of the Mortgage, Plaintiff is entitled to appoint or obtain the appointment of a Receiver to enter upon and take possession of the Mortgaged Property, and to collect said rents.

44. All conditions precedent to this action have been performed or have occurred.

45. Plaintiff is obligated to pay its undersigned attorneys a reasonable attorney's fee for their services.

WHEREFORE, Plaintiff demands:

(1) A judgment for all the sums due to Plaintiff under the Loan Documents, including interest, attorney fees and costs, and if the sums are not paid within the time set by this court, that the Mortgaged Property and Collateral subject to the Loan Documents be sold to satisfy Plaintiff's claim, and if the proceeds of the sale are insufficient to pay Plaintiff's claim, for a deficiency judgment against Defendants, jointly and severally, and that the estate of each defendant named in this Complaint, and all persons claiming under or against them since the filing of the Notice of Lis Pendens herein be foreclosed, and that upon the sale of the Mortgaged Property and the Collateral being made, that the purchaser shall be let into possession of the Mortgaged Property and the Collateral at such sale, and further providing for the issuance of a writ of possession to remove The Pearl Company, Sun River, Inc., and all persons in possession of the Mortgaged Property, including but not limited to any unknown tenants from possession thereof;

(2) An order directing The Pearl Company, to account for all sums received by

it from any tenants or lessees with respect to the Mortgaged Property, and to deposit said rents from the Mortgaged Property into the registry of the court and otherwise be governed in accordance with Florida Statutes § 697.07. The Pearl Company is receiving these rents and is refusing to apply them toward the indebtedness to Plaintiff;

(3) An order directing the tenants of the Mortgaged Property that any and all payments required to be made by said tenants or lessors to The Pearl Company, shall be made directly to Plaintiff;

(4) An order appointing a receiver to take possession of the Mortgaged Property, and to secure it and collect the rents from the Mortgaged Property, and to take such other steps as may be necessary to preserve the Mortgaged Property during the pendency of this action, as well as following judgment through judicial sale; and

(5) Further, for such other and just and equitable relief as this court may deem just and proper.

<u>COUNT II - ACTION FOR DAMAGES</u>

Plaintiff, BARNETT BANK, N.A., as successor by merger to Barnett Bank of South Florida, N.A. and Barnett Bank of Broward County, N.A., by and through its undersigned attorneys, sues Defendants, THE PEARL COMPANY, a Florida general partnership, f/k/a The Cushman & Pearl Company, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation, as general partner of THE PEARL COMPANY, a Florida general partnership; BRADLEY SELLICK, as general partner of THE PEARL COMPANY, a Florida general partnership; PEARL'S BONDED FRUIT SHIPPERS, INC., a Florida corporation; SHARON D. CUSHMAN; ROBERT A. ZUCKER; JUDITH A. ZUCKER; BRADLEY SELLICK; ELIZABETH SELLICK; and SUN RIVER, INC.,

a Florida corporation, and alleges:

46. This is an action for damages in excess of $15,000.00, exclusive of interest, costs and attorney's fees.

47. On or about October 20, 1995, Cushman & Pearl Co., Robert A. Zucker, Judith A. Zucker, Bradley Sellick, Elizabeth Sellick, and Pearl's Bonded Shippers, Inc., executed and delivered to Barnett Bank of Broward County, N.A., an Agreement Waiving Right to Jury Trial and Consenting to Jurisdiction, a copy of which is attached hereto as EXHIBIT "12".

48. On or about September 1, 1997, The Pearl Company, a Florida general partnership ("The Pearl Company"), executed and delivered to Barnett Bank, N.A., a Term Promissory Note in the principal amount of $820,718.18 (the "Term Note"), a copy of which is attached hereto as EXHIBIT "13".

49. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A., a Promissory Note in the principal amount of $28,075.49 (the "Closing Costs Note"), a copy of which is attached hereto as EXHIBIT "14".

50. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A. a Combined Renewal Note in the principal amount of $625,000.00 (the "Combined Renewal Note"). A copy of the Combined Renewal Note is attached hereto as EXHIBIT "15".

51. On or about September 1, 1997, The Pearl Company executed and delivered to Barnett Bank, N.A., a Modification Agreement, a copy of which is attached hereto as EXHIBIT "16", which among other things deemed all the loans evidenced by the Combined Renewal Note, the Term Note, and the Closing Costs Note, to be cross-defaulted and

cross-collateralized.

52. All the liabilities, obligations, debts and indebtedness of The Pearl Company to Barnett Bank, N.A., as evidenced by the Combined Renewal Note, the Term Note, the Closing Costs Note, are guaranteed by the following guaranties attached hereto as Composite EXHIBIT "18" (hereinafter sometimes shall be collectively referred to as the "Guaranty Agreements").

a. Continuing Unlimited Commercial Guaranty dated June 15, 1995, executed and delivered by Sharon D. Cushman;

b. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Pearl's Bonded Fruit Shippers, Inc.;

c. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Robert A. Zucker;

d. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Judith A. Zucker;

e. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Elizabeth Sellick;

f. Continuing Unlimited Commercial Guaranty dated September 1, 1997, executed and delivered by Bradley Sellick;

g. Continuing Limited Commercial Guaranty dated September 1, 1997, executed and delivered by Sun River, Inc. The amount of this Guaranty is limited as more particularly set forth therein.

53. All of the loan documents described herein and attached hereto as EXHIBITS "12", "13", "14", "15", "16" and "18", are owned and held by Plaintiff, and they will hereinafter sometimes be collectively referred to as the "Loan Documents".

54. Defendants, The Pearl Company; Pearl's Bonded Fruit Shippers, Inc., as general partner of The Pearl Company; Bradley Sellick, as general partner of The Pearl Company; Pearl's Bonded Fruit Shippers, Inc.; Robert A. Zucker; Judith A. Zucker; Bradley

Sellick; Elizabeth Sellick; and Sun River, Inc., will hereinafter sometimes be collectively referred to as "Defendants".

55. Defendants are in default under the Loan Documents for the following reasons among others:

a. Under the Combined Renewal Note dated September 1, 1997, in the amount of $625,000.00: The Pearl Company, has failed to make the payment due June 1, 1998, in the amount of $7,469.24, and all payments due thereafter, and has failed to pay late charges due.

b. Under the Term Note dated September 1, 1997, in the amount of $820,718.18: The Pearl Company, has failed to make the payments due on May 1, 1998 in the amount of $13,699.97 and all payments due thereafter, and has failed to pay the late charges due.

c. Under the Closing Costs Note dated September 1, 1997, in the amount of $28,075.49: Pursuant to paragraph 9 of the Modification Agreement, the Closing Costs Note is cross-defaulted and cross-collateralized with the Combined Renewal Note and the Term Note. Therefore, the Closing Costs Note is in default as a result of The Pearl Company's default under the Combined Renewal Note and the Term Note.

d. Under the Guaranty Agreements: Pearl's Bonded Fruit Shippers, Inc., Robert A. Zucker, Judith A. Zucker, Bradley Sellick, Elizabeth Sellick, and Sun River, Inc., as guarantors under the Loan Documents pursuant to the Guaranty Agreements executed by them, are in default as a result of The Pearl's Company's failure to make the payments under the Combined Renewal Note, the Term Note, and the Closing Costs Note, as set forth in this paragraph.

56. As a result of the Defendants' default under the Loan Documents, Plaintiff has elected to accelerate payment of the outstanding balance of principal and interest due under the Combined Renewal Note, the Term Note, and the Closing Costs Note, and has declared same to be immediately due and payable effective June 23, 1998.

57. Defendants owe Plaintiff the following sums under the Loan Documents:

a. Under the Combined Renewal Note dated September 1, 1997, in the amount of $625,000.00: The principal balance of $609,290.64, plus $10,502.86 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth in the Combined Renewal Note, plus $3,250.98 of late charges, through June 2, 1998, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Combined Renewal Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the Combined Renewal Note;

b. Under the Term Note dated September 1, 1997, in the amount of $820,718.18: The principal balance of $782,318.53, plus $16,196.87 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth in the Term Note, plus $5,164.67 of late charges, through June 2, 1998, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Term Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the Term Note;

c. Under the Closing Costs Note dated September 1, 1997, in the amount of $28,075.49: The principal balance of $28,075.49, plus $1,816.33 of accrued and unpaid interest through June 2, 1998, calculated at the regular interest rate set forth

in the Closing Costs Note, plus interest and late charges from June 2, 1998 through the date of acceleration, June 23, 1998, at the regular interest rate set forth in the Closing Costs Note, plus interest after the date of acceleration, June 23, 1998, at the default rate set forth in the Closing Costs Note;

d. All attorney's fees, court costs, and other charges and legal expenses incurred incident to enforcement of the obligations under the Loan Documents.

58. All conditions precedent to this action have been performed or have occurred.

59. Plaintiff is obligated to pay its undersigned attorneys a reasonable attorney's fee for their services.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, jointly and severally, for a sum in excess of $15,000.00, plus interest, attorney's fees, costs, and for such other just and equitable relief as this court may deem just and proper.

DATED: July 13, 1998.

JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Flager Center Tower, Suite 1100
505 South Flagler Drive
Post Office Box 3475
West Palm Beach, FL 33402-3475
Telephone: (561) 659-3000
Attorneys for Plaintiff

By: [signature]
MICHAEL T. KRANZ
Florida Bar No. 351180

G:\USERS\ATTY\MTK\10380.417\COMPLAIN.WPD

dc

# CIVIL COVER SHEET

98-7251

CIV - RYSKAMP

MAGISTRATE JUDGE VITUNAC

he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Sun Citrus Association, Inc.
a Florida corporation

**DEFENDANTS**

The Pearl Company, a Florida General Partnership f/k/a The Cushman & Pearl Company, a Florida General Partnership, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A-Broward/98cv7251/Ryskamp/Vitunac

JC

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mishan, Sloto, Greenberg, et al.
Suite 2350, 200 South Biscayne Boulevard
Miami, Florida 33131

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
**DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS**

**II. BASIS OF JURISDICTION**
(PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Claim for unpaid produce sales + recovery of Trust Assets under 7 U.S.C. §499e(c)

**IVa.** ______ **days estimated (for both sides) to try entire case**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B
- ☐ 153 Recovery of Overpayment of Veteran's Benefits B
- ☐ 160 Stockholder's Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure B
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personnel Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending B
- ☐ 380 Other Personnel Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**B PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General *
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other *
- ☐ 550 Civil Rights
- * A or B

**B FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations B
- ☐ 730 Labor Management Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act B

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**A FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**A OTHER STATUS**
- ☐ 400 States Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc. B
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12USC3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions *
- * A or B

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND $** $245,537.52
Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ______ DOCKET NUMBER ______

DATE 11-9-98 SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 700640 Amount: 150.00
Date Paid: 11/10/98 M/ifp: ______